19538. PERKINS *et al. v.* HATTIESBURG BRICK WORK *et al.*

DUCKWORTH, Chief Justice. The exception is to a judgment denying an amended motion for a new trial where, in a suit on a Mississippi judgment, the petitioner obtained a judgment for the amount of the judgment sued upon. The amendment to the motion for a new trial asserts that a Mississippi statute, which provided for service on non-residents offends the 14th Amendment and is void. Based solely upon this portion of the amended motion for new trial, it is contended that the Supreme Court has jurisdiction. *Held:*

For two solid reasons this court is without jurisdiction, to wit: (1) The Constitution gives the Supreme Court jurisdiction of cases involving the constitutionality of a law of the State of Georgia or the United States. Code (Ann.) § 2-3704. This does not include a law of another State. It does not include an ordinance of a municipality of this State. *Dade County* v. *State*, 203 *Ga.* 280 (46 S. E. 2d 345); *Moore* v. *City of Tifton*, 207 *Ga.* 443 (62 S. E. 2d 182); *Shipman* v. *Johnson*, 210 *Ga.* 174 (78 S. E. 2d 515); *Beard* v. *City of Atlanta*, 211 *Ga.* 25 (83 S. E. 2d 594). There is no construction but simply an application of the Constitution, and the Court of Appeals has jurisdiction of such question. *Robinson* v. *State*, 209 *Ga.* 48 (70 S. E. 2d 514); *McGill* v. *State*, 209 *Ga.* 282 (71 S. E. 2d 548); *Jones* v. *Chandler*, 209 *Ga.* 498 (74 S. E. 2d 4). (2) The constitutionality of no law can be drawn in question for the first time in a motion for new trial when the question was not raised in the pleadings, by objection to the evidence, or in some other appropriate way pending the trial.

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED NOVEMBER 16, 1956—DECIDED JANUARY 14, 1957.

*Gambrell, Harlan, Russell, Moye & Richardson, Charles A. Moye, Jr., John W. Chambers,* for plaintiffs in error.

*A. Mims Wilkinson, Grigsby H. Wotton, A. A. Baumstark, Robert W. Heidelberg, Jr.,* contra.